[No. 35752-6-II.   Division Two.   April 1, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAPHNE LYNN
KRAABELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 05-1-01467-6, James J. Stonier, J., entered
December 26, 2006. *Affirmed* by unpublished opinion per
Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and
Penoyar, J.

[No. 25908-1-III.   Division Three.   April 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. AMADOR M.
CAMACHO, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 05-1-01352-8, Craig J. Matheson, J., entered
February 7, 2007. *Affirmed* by unpublished opinion per
Sweeney, C.J., concurred in by Korsmo, J., and Thompson,
J. Pro Tem.

[No. 26111-5-III.   Division Three.   April 3, 2008.]

SHERRY ROSHON GARDNER, *Appellant*, v. DAVID ALAN ROSHON,
*Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 05-2-04022-4, Salvatore F. Cozza, J.,
entered April 10, 2007. *Affirmed* by unpublished opinion per
Thompson, J. Pro Tem., concurred in by Sweeney, C.J., and
Kulik, J.

[No. 26246-4-III.   Division Three.   April 3, 2008.]

QUAIL RIDGE ANNEX, LLC, ET AL., *Appellants*, v. HENRY
LACKMAN ET AL., *Defendants*, YONG LEWIS,
*Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 06-2-02703-0, Maryann C. Moreno, J.,
entered June 1, 2007. *Affirmed* by unpublished opinion per
Brown, J., concurred in by Kulik and Korsmo, JJ.